Clerk's Office
Filed Date: 12/21/2020

9:42 AM

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

AE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

    - against -

PETER KHAIM and
ARKADIY KHAIMOV,

              Defendants.

– – – – – – – – – – – – – – – – – – – – – – X

UNSEALING ORDER

Docket No. 20-CR-580 (AMD)

      Upon the application of Seth D. DuCharme, Acting United States Attorney for the Eastern District of New York, by Trial Attorney Andrew Estes, for an order unsealing the docket in the above-captioned matter in its entirety,

      It is hereby ORDERED that the docket in the above-captioned matter be unsealed in its entirety.

Dated:    Brooklyn, New York
               December 21   , 2020

                                        THE HONORABLE VERA M. SCANLON
                                        UNITED STATES MAGISTRATE JUDGE
                                        EASTERN DISTRICT OF NEW YORK